# EXHIBIT B

EXCLUSIVE

# 'Boob-biting' Azealia Banks arrested

By Ian Mohr and Shawn Cohen

December 16, 2015 | 9:05pm



Azealia Banks leaves Manhattan Criminal Court.
Photo: Christopher Sadowski

New York rapper Azealia Banks, who's rumored to be on Rihanna's new album, was arrested outside Meatpacking club Up&Down on Wednesday after she allegedly went berserk and attacked a female security guard by punching her and "biting her in the boob," sources said. She was later arraigned and released on her own recognizance.

Banks, 24, was at the club for a private party when she got into a dispute with bouncers and was tossed at about 12:30 a.m. Police sources

said she was taken to the Sixth Precinct on a misdemeanor charge of third-degree assault and held there for evaluation until Wednesday evening.

She was later arraigned and released on her own recognizance.

The arrest comes after Banks was nearly busted in September for an outburst on a Delta flight from New York to LA that was caught on video. She was also investigated after allegedly assaulting a security guard at Break Room 86 in Los Angeles in October.

This time, spies said the trouble began when Banks arrived with an invited guest for the birthday of one of the club's owners, Ronnie Madra. "It was an invite-only party," said a witness. "You needed a stamp to get in." When Banks tried to enter the private downstairs party and was told she had to go back upstairs to get a stamp, an altercation broke out with bouncers.



Up&Down
Photo: Robert Mecea

"There was a female security guard and a male guard," a source said, adding they "didn't recognize Banks" — who began "screaming at the top of her lungs, cursing" and using racial slurs. A club owner noticed the commotion and "gave her a pass to let her in," but "once she was 15 feet inside, she starts to curse at the guards again, explaining who she was, that she's on Rihanna's album."

When security approached, Banks allegedly "spit in the [female bouncer's] face," a spy said. As they escorted her out, "she bites the [female guard] in the breast, almost breaking her shirt . . . as they took her out." A police source added the bite "caused swelling and redness."

Outside, Banks weirdly declared, "I'm gonna call the cops!," a source said, and approached an NYPD Traffic Enforcement car. But the source said that when she returned to the front of the club with the cops, she "punched" the female bouncer and was taken away as she asked, "Why are you arresting me?" Her reps did not take our call.

Sources said the bitten bouncer declined medical attention at the scene.

FILED UNDER   AZEALIA BANKS, CELEBRITY ARRESTS, CELEBRITY FIGHTS, MEATPACKING DISTRICT, NIGHTCLUBS

Recommended by