# EXHIBIT C

# AZEALIA BANKS BIT A SECURITY GUARD'S BREAST LAST NIGHT

Carey O'Donnell (http://www.papermag.com/community/carey_o_donnell/)
12/17/15 at 04:58PM

Like Paper Mag on Facebook                                                                                              Like

Email Address                                                                        Get Our Newsletter

It was only a week ago (http://www.papermag.com/azealia-banks-count-contessa-1500106500.html), that we were thinking "Oh, yeah, remember how Azealia Banks is a musical genius?"



Unfortunately, that is the farthest thing from our minds this morning.

Ms. Azealia Banks was arrested in Manhattan last night after allegedly fighting with, and biting a female security guard's breast, outside the Def Jam holiday party (http://www.rollingstone.com/music/news/azealia-banks-arrested-for-assaulting-biting-security-guard-20151217).





After the club's owner saw the rapper, she was allowed access, but--in true Azealia fashion--began hurling racial slurs at the bouncers, and informing them that she "was on Rihanna's new album," which is lol.

When the female security guard (aka the victim of the attack) attempted to remove her once again, Azealia bit her breast.

She was arrested and charged with third degree assault-- her second physical altercation (that we know about) this year (http://www.tmz.com/2015/09/22/azealia-banks-flight-homophobic-slur-delta-video/).

Here's Azealia leaving her arraignment early this morning, in case you needed a reason to completely lose faith in her.



PAPER on Facebook  Like  169K

At this point, Ms. Banks' mental health is obviously in question, but this ounds like nothing more than a case of a spoiled toddler who needs a timeout...forever.



**Share**

Like Paper Mag on Facebook (mailto:?subject=Azealia%20Banks%20Bit%20A%20Security%20Guard%27s%20Breast%20Last%20Night&body=http://www.papermag.com/azealia-banks-biting-security-guard-nyc-1513432543482447.html) (https://twitter.com/intent/tweet?url=http://www.papermag.com/azealia-banks-biting-security-guard-nyc-1513432543482447.html&text=Azealia%20Banks%20Bit%20A%20Security%20Guard%27s%20Breast%20Last%20Night%20via%20%40papermagazine)

Email Address

flop (/tag/flop)   azealia banks (/tag/azealia-banks)

Get Our Newsletter   Like

**COMMENTS (0)**

## SO HOT RIGHT NOW

(http://www.papermag.com/kylie-jenner-paper-magazine-cover-story-1709513310.html)

Fashion (/fashion)

**Next Jenneration: Kylie Jenner Talks Fame, Family and the Future (http://www.papermag.com/kylie-jenner-paper-magazine-cover-story-1709513310.html)**

Photography by Erik Madigan Heck (@erikmadiganheck) / Styling by Rushka Bergman (@rushkabergman) / Intro by Abby Schreiber (@abbyschreiber28)

(http://www.papermag.com/kylie-jenner-squad-1714225732.html)

Internet Culture (/internet-culture)

**Meet Kylie's Krew (http://www.papermag.com/kylie-jenner-squad-1714225732.html)**
Photography by Sasha Samsonova (@sashasamsonova), text by Kristen Stegemoeller (@kesteg) and styling by Mozie Campbell (@moziecampbell)

(http://www.papermag.com/listen-to-kaytranadas-1717608397.html)



Music (/music)

**Watch Kaytranada's Mellow House Party in "Glowed Up" Video (http://www.papermag.com/listen-to-kaytranadas-1717608397.html)**
By Kat Ward (http://www.papermag.com/community/katward/)

(http://www.papermag.com/bringing-the-internet-party-to-life-with-absolut-1714672968.html)

Sponsored (/sponsored)

**Bringing The Internet Party to Life with ABSOLUT (http://www.papermag.com/bringing-the-internet-party-to-life-with-absolut-1714672968.html)**

By papermagazine (http://www.papermag.com/community/papermagazine/)

(https://adserver.adtechus.com/?adlink/5151/3676214/0/16/AdId=-3;BnId=0;itime=235996852;key=postpage;)